UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSHUA NIEVES,

              Plaintiff,                        21 Civ. 175 (JPC)

           -v-                                  <u>ORDER</u>

AERCO INTERNATIONAL, INC.,

              Defendant.
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 22, 2021, the parties informed the Court that they "have executed a settlement agreement and will be filing a stipulation of dismissal in the next 30 days." Dkt. 20. It is hereby ordered that, by January 27, 2022, the parties shall file a joint letter advising the Court regarding the status of this case. Counsel are not required to submit such letter provided that a stipulation of dismissal or other proof of termination is filed on the docket prior to the joint submission deadline, using the appropriate ECF Filing Event.

      SO ORDERED.

Dated: January 24, 2022
       New York, New York

                                                JOHN P. CRONAN
                                       United States District Judge